171 A.3d 1264

KEVIN KILLEEN AND NOEL KILLEEN, PLAINTIFFS–RESPON-DENTS, v. JENSON & MITCHELL, INC., A/K/A J & M NATIONAL SPRING, ET AL., DEFENDANTS, AND NSPC, INC., THIRD–PARTY PLAINTIFF, v. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, THIRD–PARTY DEFENDANT-PETITIONER.

C–208 Sept.Term 2017
079490

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000001–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.